| | | | |
|---|---|---|---|
| H.M. v. Department of Public Welfare [106] | 02/01/2016344 WAL (2015) | Denied | |
| Henney v. Com. Dept. of Transp., Bureau of Driver Licensing [107] | 12/29/2015764 MAL (2015) | Denied | No. 1217 CD 2015 |
| Kirkpatrick v. Bureau of Professional and Occupational Affairs, State Bd. of Barber Examiners | 12/08/2015539 MAL (2015) | Denied | Pa.Cmwlth., 117 A.3d 1286 |
| L.H. v. Department of Public Welfare | 12/08/2015286 WAL (2015) | Denied | |
| Landmesser v. Unemployment Compensation Bd. of Review [108] | 01/04/2016708 MAL (2015) | Denied | |
| Latch's Lane Owners Ass'n v. Bazargani [109] | 01/04/2016687 MAL (2015) | Denied | Pa.Cmwlth., 116 A.3d 1190 |
| Lichtman v. New [110] | 02/01/2016585 EAL (2015) | Denied | Pa.Cmwlth., 122 A.3d 510 |

**106.** Justice EAKIN did not participate in the consideration or decision of this matter.

**107.** Justice EAKIN did not participate in the decision of this matter.

**108.** Reconsideration Denied February 3, 2016.

**109.** Justice EAKIN did not participate in the decision of this matter.

**110.** Justice EAKIN did not participate in the decision of this matter.